■ In the Matter of DAVID BREITBART, Petitioner, v JOAN CAREY et al., Respondents.—Application for a writ of prohibition unanimously denied, the cross motion to dismiss the petition granted, and the motion seeking leave to appear as *amicus curiae* denied, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Kupferman, Carro, Asch and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND ROBIN, Appellant.—Judgment, Supreme Court, New York County (John Bradley, J.), rendered on January 28, 1987, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). The order of this court made and entered on March 29, 1988 [138 AD2d 985] is vacated. No opinion. Concur—Kupferman, J. P., Ross, Kassal, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR FRIEDLANDER, Appellant.—Judgment, Supreme Court, Bronx County (George Covington, J.), rendered on March 5, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Asch, Milonas, Rosenberger and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY GORDON, Appellant.—Judgment, Supreme Court, Bronx County (Howard Goldfluss, J.), rendered on February 24, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Asch, Milonas, Rosenberger and Wallach, JJ.